## Appeal Documents

3:07-cv-00303 Cracker Barrel Old Country Store, Inc. v. Cincinnati Insurance Company et al
**CASE CLOSED on 09/21/2011**
CASE-CLOSED, PROTECTIVE-ORDER

### U.S. District Court

### Middle District of Tennessee

**Notice of Electronic Filing**

The following transaction was entered by Malone, Cort on 10/20/2011 at 12:56 PM CDT and filed on 10/20/2011
**Case Name:** Cracker Barrel Old Country Store, Inc. v. Cincinnati Insurance Company et al
**Case Number:** 3:07-cv-00303
**Filer:** Cracker Barrel Old Country Store, Inc.
**WARNING: CASE CLOSED on 09/21/2011**
**Document Number:** 195

**Docket Text:**
**NOTICE OF APPEAL as to [85] Order on Motion to Dismiss, [193] Order Dismissing Case,,, by Cracker Barrel Old Country Store, Inc.. Filing fee $ 455, receipt number 0650-1172798. (Malone, Cort)**

**3:07-cv-00303 Notice has been electronically mailed to:**

Brandon E. Bass    bbass@johndaylegal.com, apilkington@johndaylegal.com, kconner@johndaylegal.com

Cort T. Malone    cmalone@andersonkill.com, cilie@andersonkill.com, dflynn@andersonkill.com, rhertzog@andersonkill.com

Eric Todd Presnell    tpresnell@millermartin.com, mferrell@millermartin.com

H. Rowan Leathers , III    rleathers@millermartin.com, sallen@millermartin.com

John A. Day    jday@johndaylegal.com, kconner@johndaylegal.com

Nancy Tordai    nancytordai@petersnye.com

Victor C. Peters    nancytordai@petersnye.com

William Gorman Passannante    WPassannante@andersonkill.com

**3:07-cv-00303 Notice SHOULD be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1092242875 [Date=10/20/2011] [FileNumber=1591655-0] [89f8aba8a69fdf3b4cc9fcf945470062135ea908020aebfd156a88937d0b2ce5a27f1432c5aa965fc8feb95c010200fff847bec7f6f30e59f8d195869cf12e29]]