# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee

| | |
|---|---|
| Cracker Barrl Old Country Store, Inc., | ) |
| | ) |
| v. | ) Case No.: 3-07-0303 |
| Cincinnati Insurance Company and Houston Casualty Company | ) ) ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __09/16/2011__  against  __Cracker Barrel__ ,
                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ 30.00 |
| Fees for service of summons and subpoena .................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 10,103.12 |
| Fees and disbursements for printing .............................................. | |
| Fees for witnesses *(itemize on page two)* ...................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................ | 913.95 |
| Docket fees under 28 U.S.C. 1923 ............................................... | 20.00 |
| Costs as shown on Mandate of Court of Appeals ............................... | |
| Compensation of court-appointed experts ...................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................................... | |
| **TOTAL** | **$ 11,067.07** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[X] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: *Nancy K Tordai*

Name of Attorney: Nancy K. Tordai

For: __The Cincinnati Insurance Company__   Date: __10/20/2011__
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                      *Deputy Clerk*                       *Date*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Cincinnati Insurance Company's Bill of Costs was served via the Court's ECF filing on this 20th day of October, 2011, to:

**COUNSEL FOR CRACKER BARREL:**

William Gorman Passannante
Cort Malone
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1000
wpassannante@andersonkill.com
cmalone@andersonkill.com


John A. Day (ECF only)
Day & Blair, PC
5300 Maryland Way, Suite 300
Brentwood, TN 37027
jday@dayblair.com


/s/ Nancy K. Tordai



# Statement of Account

**Document Services**
Your A/R Administrator
Connie Palmer
(866) 233-4713   Ext: 8120
cpalmer@ikon.com                    L05HANP
    HANSON, PETERS & NYE
    ATTN: ACCOUNTS PAYABLE
    1000 HART RD STE 300
    BARRINGTON IL  60010

Statement Date:  01/31/2008
Customer ID:  L05HANP

**Balance Due: $913.95**

FEDERAL TAX ID: 23-0334400

**PAYMENT TERMS = NET 10 DAYS
( FROM INVOICE DATE )**

Please Remit To:
IKON Office Solutions
Great Lakes District
1600 Solutions Center
Chicago, IL 60677-1006

To arrange for payment with a Credit Card: American Express, MasterCard and Visa, please call the telephone number above.

## ACCOUNT AGING

| Current | 1-30 / Past Due | 31-60 / Past Due | 61-90 / Past Due | Over 90 / Past Due |
|---|---|---|---|---|
| $0.00 | $913.95 | $0.00 | $0.00 | $0.00 |

| Inv Date | Due Date | Invoice # | Code | Reference | Contact | Amount |
|---|---|---|---|---|---|---|
| 01/17/2008 | 01/27/2008 | L0508010218 | I | 101717 | BETH VELATIN | $913.95 |

                                           **Balance Due**   **$913.95**

CODES: I=Invoice  P=Payment  C=Cr Memo  D=Db Memo

For Invoice copies or any questions regarding your account, please contact your A/R Administrator at the phone number or E-mail address listed above. THANK YOU.

**HANSON PETERS NYE**
1000 HART ROAD, SUITE 300
BARRINGTON, IL 60010

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
WWW.CHASE.COM

11495
2-1-710
7/3/2007

PAY TO THE ORDER OF   Clerk of Court                                      $ **30.00

Thirty and 00/100************************************************************  DOLLARS

Clerk of Court

MEMO   HPN #101717/Pro Hac Vice/ NKT & VCP

---

Clerk of Court                      HPN #101717/Pro Hac Vice/ NKT & VCP        7/3/2007        11495
                                                                                               30.00

1000            HPN #101717/Pro Hac Vice/ NKT & VCP                                            30.00

Clerk of Court                      HPN #101717/Pro Hac Vice/ NKT & VCP        7/3/2007        11495
                                                                                               30.00

1000            HPN #101717/Pro Hac Vice/ NKT & VCP                                            30.00

© CHECKS UNLIMITED™ • CLASSIC BLUE • TO REORDER: 1-800-667-2439 • www.ChecksUnlimited.com



# VERITEXT
National Deposition & Litigation Services

Rcvd 10/7/17
Pd 12/13/10

**Veritext/New York Reporting Co.**
200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

**Bill To:**
Hanson Peters Nye
1000 Hart Road, Suite 300
Barrington, IL 60010

**Remit To:**
Veritext/New York Reporting Co.
200 Old Country Rd.
#580
Mineola, NY 11501

## Statement of Account
For questions regarding this statement please call Jude Maringo at (516) 608-2482

| Statement Date: | 12/2/2010 | | | Page 1 of 1 | | Total Balance Due: | $2,254.00 |
|---|---|---|---|---|---|---|---|
| Inv # | Invoice Date | Job # | Job Date | Caption | Contact | Aged (Days) | Balance Due |
| NY361287 | 11/29/10 | 272394 | 11/19/10 | Cracker Barrel Old C vs Cincinati Insurance | Nancy K. Tordei, Esq. | 3 | $2,254.00 |
| | | | | | | TOTAL: | $2,254.00 |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| $ 2,254.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 2,254.00 |

Make check payable to:

Veritext/New York Reporting Co.
200 Old Country Rd.
#580
Mineola, NY 11501

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.




# SONNTAG REPORTING SERVICE Ltd.
CHICAGO • GENEVA • ST. CHARLES • WHEATON

101 11 1

INVOICE

| | |
|---|---|
| Invoice No. | : 78628 |
| Inv. Date | : 05/24/2010 |
| Job Date | : 05/12/2010 |
| Job No. | : 58077 |
| Reporter | : JEE |
| Firm Code: | HANSPE00 |
| Ref. No.: | |
| Tax ID # | : 36-2778613 |
| Shipped | : 05/24/2010 |

To:
Ms. Nancy Tordai
Hanson Peters & Nye    *******
Suite 300
1000 Hart Road
Barrington, IL  60010

Caption: 3-07-303
CRACKER BARREL OLD COUNTRY STORE, INC.

CINCINNATI INSURANCE COMPANY and
HOUSTON CASUALTY COMPANY

| DESCRIPTION | | QTY | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| John Kuenstler | ORIGINAL TRANSCRIPT | 1 | 67 | 3.85 | 257.95 |
| | Attendance | | | | 177.50 |
| | WORD INDEX-NO CHARGE | | | | 0.00 |
| | E-TRANSCRIPT | | | | 15.00 |
| | S & H FEDERAL EXPRESS | | | | 9.00 |
| | TRAVEL CREDIT | | | | -52.50 |
| | Total Amount Due | | | | 406.95 |

Deduct 5%  if paid by 06/23/2010



P.O. Box 147  •  Geneva, IL 60134
800.232.0265  •  Fax 630.232.4999
sonntagreporting.com  •  We accept 


NCRA
ETHICS FIRST





**ESQUIRE**
Esquire - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (212) 687-8010
Toll Free (800) 944-9454
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ95162

| Invoice Date | Terms |
|---|---|
| 11/12/2009 | NET 30 |

NANCY TORDAI, ESQ.
HANSON, PETERS & NYE
SUITE 300
1000 HART ROAD
BARRINGTON, IL 60010

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/04/2009 | CRACKER BARREL STORE vs. CINCINNATI | 304750 | 11/09/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/04/2009, DAVID KOON | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (207 Pages) | $ 6.25 | 207.00 | $ 1,293.75 |
| | | | $ 1,293.75 |

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITED RATE.

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,293.75 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,293.75 |
| Payment Due: | 12/12/2009 |

After 12/27/2009 Pay This Amount: $ 1,423.13

Tax Number: 22-3779684


**ESQUIRE**
Esquire - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company



Telephone (212) 687-8010
Toll Free (800) 944-9454
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ95166

| Invoice Date | Terms |
|---|---|
| 11/12/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

NANCY TORDAI, ESQ.
HANSON, PETERS & NYE
SUITE 300
1000 HART ROAD
BARRINGTON, IL 60010

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/05/2009 | CRACKER BARREL STORE vs. CINCINNATI | 304751 | 11/09/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/05/2009, DENNIS STETZ | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (267 Pages) | $ 6.50 | 267.00 | $ 1,735.50 |
| | | | $ 1,735.50 |

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,735.50 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,735.50** |
| **Payment Due:** | **12/12/2009** |
| After 12/27/2009 Pay This Amount: | $ 1,909.05 |

Tax Number: 22-3779684

**Beres & Associates**
230 Fourth Avenue North, Suite 503
Post Office Box 190461
Nashville, TN 37219-0461

*Paid 6/15/09*

101717

# Invoice

Date 6/1/2009
Invoice # 2091

**Bill To**

Ms. Nancy Tordai
Attorney at Law
1000 Hart Road
Suite 300
Barrington, IL 60010

| Description | Amount |
|---|---|
| CRACKER BARREL OLD COUNTRY STORE, INC. V CINCINNATI INSURANCE COMPANY and HOUSTON CASUALTY COMPANY - MAY 27, 2009 - DEPOSITION OF STEVE HECKLE | |
| Per Diem | 100.00 |
| Original of Deposition - Expedited | 450.00 |
| E-Transcript | 25.00 |
| Postage | 6.00 |

Please make check payable to Trine M. Mitchell. Thank you for your business!

**Beres & Associates**

1-615-742-2550
1-615-742-2551

Total $581.00

Page 2 of 2



**ESQUIRE**
an Alexander Gallo Company

Esquire - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (212) 687-8010
Toll Free (800) 944-9454
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ89491

| Invoice Date | Terms |
|---|---|
| 05/15/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

NANCY TORDAI, ESQ.
HANSON, PETERS & NYE
SUITE 300, 1000 HART ROAD
BARRINGTON, IL 60010

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/06/2009 | CRACKER BARREL STORE vs. CINCINNATI | 11812 | 05/15/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| SHIPPING/HANDLING | | | $ 79.05 |
| | | | $ 79.05 |

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
**PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 6-DAY EXPEDITED RATE.**
**129 ROUGH PAGES.**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,697.90 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,697.90 |
| Payment Due: | 06/14/2009 |

After Due Date Pay This Amount: $ 1,910.14

Tax Number: 22-3779684

---

**Method of Payment**

Company: Esquire - New York City
Invoice Number: EQ89491
Invoice Date: 05/15/2009
Balance: $ 1,697.90
Due Date: 06/14/2009
Late Date: 06/15/2009
Late Amount: $ 1,910.14

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number | Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

073  0000089491  05152009  8  000169790  1  06142009  06152009  1  000191014  27

Case 3:07-cv-00303   Document 197   Filed 10/20/11   Page 10 of 11 PageID #: 7950



**ESQUIRE**
Esquire - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (212) 687-8010
Toll Free (800) 944-9454
Fax (866) 590-3205

www.esquiresolutions.com

Pd. 6/15/09

## Invoice # EQ89491

| Invoice Date | Terms |
|---|---|
| 05/15/2009 | NET 30 |



NANCY TORDAI, ESQ.
HANSON, PETERS & NYE
SUITE 300, 1000 HART ROAD
BARRINGTON, IL 60010

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/06/2009 | CRACKER BARREL STORE vs. CINCINNATI | 11812 | 05/15/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of HARDIN KIMMEL | | | |
|   ORIGINAL AND ONE COPY (152 Pages) | $ 5.75 | 1.00 | $ 874.00 |
|   EXPEDITE SURCHARGE (152 Units) | $ 2.25 | 1.00 | $ 342.00 |
|   APPEARANCE FEE-FULL DAY | $ 110.00 | 1.00 | $ 110.00 |
|   LITIGATION SUPPORT CD-ROM | $ 50.00 | 1.00 | $ 50.00 |
|   CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
|   ROUGH DISK FEE | $ 212.85 | 1.00 | $ 212.85 |
| | | | $ 1,618.85 |

### CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684